# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2946
LT Case No. 2023-CF-000703-A

_____

CHADRICK ANTWAN RUFFIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

Chadrick Antwan Ruffin, Live Oak, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kaylee D.
Tatman, Assistant Attorney General, Daytona Beach, for
Appellee.

December 6, 2024

PER CURIAM.

In this *Anders*[*] appeal, having independently reviewed the record, we affirm Appellant's judgment and sentences. However, because the court assessed two additional court costs, we reverse the court's assessment of the $60.00 misdemeanor additional court cost and remand with instructions for the court to strike that assessment from the costs order. *See* § 938.05, Fla. Stat. (2023) (requiring additional costs assessment per case, rather than per count); *Ayos v. State*, 275 So. 3d 178, 182 (Fla. 4th DCA 2019). In addition, we instruct the court, on remand, to amend the written sentence to conform with the oral pronouncement in two respects: first, to specify that the sentences imposed for counts 1, 2, 3, 5, 6, 7, and 8 are to run concurrently with each other; and second, to reflect the court's oral pronouncement that Appellant received 204 days of credit for time served for count 3 (in addition to the other counts already specified in the written sentence). Appellant need not be present for these ministerial actions. *Ayos*, 275 So. 3d at 183.

AFFIRMED in part; REVERSED in part; REMANDED with instructions.

MAKAR, HARRIS, and PRATT, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

[*] *Anders v. California*, 386 U.S. 738 (1967).

2